**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Tishann L. Kennedy | CHAPTER 13 |
| | BKY. NO. 18-18377 ELF |
| Debtor | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Colonial Savings, F.A. as servicer for CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, F.A and index same on the master mailing list.

     Respectfully submitted,
     **/s/ Kevin G. McDonald, Esq.**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322