Certificate Number: 12433-PAE-DE-032254725

Bankruptcy Case Number: 18-18377



12433-PAE-DE-032254725

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2019, at 4:32 o'clock PM EST, Tishann L. Kennedy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 5, 2019

By: /s/Candace Jones

Name: Candace Jones

Title: Counselor