IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Tishann L. Kennedy     ) <br> Debtor                ) <br>                        ) <br>                        ) | Chapter 13 <br> <br> No. 18-18377-ELF |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and Reimbursement of Expenses and respectfully request that the Order attached to the Application be approved.

                                                               /s/David M. Offen
                                                                David M. Offen
                                                                Attorney for Debtor
                                                                160 West - The Curtis Center
                                                                601 Walnut Street
                                                                Philadelphia, PA 19106
                                                                215-625-9600

Date:5/23/19