United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-18377-elf
Tishann L Kennedy                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: May 29, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2019.
db             +Tishann L Kennedy,    2641 S Daggett Street,    Philadelphia, PA 19142-2804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 30 2019 02:50:46      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                    TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Tishann L Kennedy dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS,
               F.A bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                    TOTAL: 4

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:    Tishann L. Kennedy          )  Chapter 13
                Debtor                )
                                      )  18-18377-ELF
                                      )
                                      )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for

Approval of Counsel Fees submitted by David M. Offen, Attorney

for the Debtor, and upon notice and certification of no objection

it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the

balance in the amount of $4,000.00 shall be paid by the Chapter

13 Trustee to the extent consistent with the terms of the

confirmed plan.

5/29/18
_____
DATED:
                          _____
                          ERIC L. FRANK
                          U.S. BANKRUPTCY JUDGE