# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| **Tishann L. Kennedy** | : | **No. 18-18377-ELF** |
| **SS# XXX-XX-9630** | : | |
| **Debtor** | : | |

## ORDER

AND NOW, this  6th  day of  April , 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**ERIC L. FRANK**
**UNITED STATES BANKRUPTCY JUDGE**