United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18377-elf |
| Tishann L Kennedy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tishann L Kennedy, 2641 S Daggett Street, Philadelphia, PA 19142-2804 |
| cr | + | CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS, c/o KEVIN G. MCDONALD, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| | + | University of Pennsylvania - Attn: Payroll, 3400 Civic Center Boulevard, Philadelphia, PA 19104-5127 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tishann L Kennedy dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: pdf900 | Total Noticed: 4 |

      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
      on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS  F.A bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
      on behalf of Creditor CU MEMBERS MORTGAGE A DIVISION OF COLONIAL SAVINGS  F.A bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| Tishann L. Kennedy | : | No. 18-18377-ELF |
| SS# XXX-XX-9630 | : | |
| Debtor | : | |

ORDER

AND NOW, this __6th__ day of _____April_____, 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE